■ In the Matter of ANDREA J. MORGIA, Appellant, v THOMAS E. HORNING, Respondent. (Appeal No. 1.) [988 NYS2d 508]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered December 17, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: In these proceedings pursuant to Family Court Act article 6, the parties sought, inter alia, modification of a prior order of custody and visitation. While the appeals herein were pending, Thomas E. Horning, the petitioner in appeal No. 2 and the respondent in appeal Nos. 1, 3 and 4, filed another petition seeking modification of the same order. An order was thereafter entered upon stipulation of the parties, thereby rendering moot the appeals herein (*see Matter of Walker v Adams*, 31 AD3d 1018, 1018 [2006]; *Matter of Rebecca O. v Todd P.*, 309 AD2d 982, 983 [2003]). Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.